FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2021

No. 04-20-00607-CV

**IN THE INTEREST OF A.J.D., A CHILD**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-0025-CV-C
Honorable Thomas Nathaniel Stuckey, Judge Presiding

# O R D E R

We grant appellee's motion for extension of time to file a brief. We **order** appellee's brief due March 15, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court